Samuel KATCHER and Anita Katcher, individually and d/b/a Toll Road Motor Inn v. K & M RAILWAY, INC., Entertainment Resorts, Inc. d/b/a The Round House, No. 135-78

June 26, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

Mary Jane MOFFITT v. Harold Edwin MOFFITT, No. 136-78

June 26, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

CUSHING & SONS v. Edmund G. LABBE, Sr. and Joan Labbe, No. 152-78

June 26, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

STATE of Vermont v. James HEMINGWAY, No. 184-78

June 26, 1978. Motion for Stay granted conditioned upon immediate application for bail or conditions for release under V.R.A.P. 9 (b).

TRI-STATE INDUSTRIAL LAUNDRIES, INC. v. R. Paul WICKES, No. 164-78

June 29, 1978. A proceeding for extraordinary relief on the identical matter being already pending and undisposed of in Washington Superior Court, the application for relief in this Court under V.R.A.P. 21 is denied.

Carol W. MUSREY v. Alfred G. MUSREY, No. 95-77

August 15, 1978. Motion to Dismiss granted.

Lesley SHELTRA v. Steven L. SMITH, No. 1-78

August 15, 1978. Motion to Strike granted.

STATE of Vermont v. James GALVANI, No. 241-78

August 17, 1978. Defendant's motion for an order staying sentencing in the trial court is denied, as not within the purview of V.R. A.P. 8(a), relating to a stay of judgment, sentence or order of the trial court.

Larrow, J.

STATE of Vermont v. Donald KNIGHT, No. 242-78

August 19, 1978. Defendant's motion for release pending appeal under V.R.A.P. 9(b) is granted, his release to continue under the same terms and conditions that were in effect at the time he filed his notice of appeal.

Larrow, J.